**Fill in this information to identify the case:**

**Debtor 1**  Leonard Guziec
**Debtor 2**
(Spouse, if filing)
**United States Bankruptcy Court for the:** Northern District of Illinois (State)
**Case number** 19-00657

## Official Form 410S1
# Notice of Mortgage Payment Change
12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See bankruptcy rule 3002.1

**Name of creditor:** U.S. Bank Trust National Association as Trustee of the Igloo Series IV Trust

**Court claim no.** (if known): 1

**Last four digits** of any number you use to identify the debtor's account: 7459

**Date of payment change:** 12/01/2021
Must be at least 21 days after date of this notice

**New total payment:** $916.40
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   ☐ No
   ☒ Yes.    Attach a copy of the escrow account statement prepared in a form consistent with applicable non-bankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: ____

   Current escrow payment:  $505.96        New escrow payment:  $514.09

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?
   ☒ No
   ☐ Yes.    Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a notice is not attached, explain why: ____

   Current Interest Rate:                    New interest rate:
   Current principal and interest payment:   New principal and interest payment:

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   ☒ No
   ☐ Yes.    Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect)

   Reason for change:
   Current mortgage payment:                 New mortgage payment:

| Debtor 1 | Leonard Guziec | | | Case Number *(if known)* | 19-00657 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.
*Check the appropriate box*
☐  I am the creditor.
☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ ___/s/ Michelle R. Ghidotti-Gonsalves___          Date  10/29/2021
   Signature

Print:    Michelle R. Ghidotti-Gonsalves        Title    Bankruptcy Attorney
          First name    Middle Name    Last name

Company    GHIDOTTI | BERGER LLP

Address    1920 Old Tustin Avenue
           Number        Street

           Santa Ana, CA 92705
           City       State     Zip Code

Contact phone   (949) 427-2010        Email:    bknotifications@ghidottiberger.com

**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA  95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

LEONARD J GUZIEC
3527 N NEENAH AVE
CHICAGO IL  60634

Analysis Date: October 04, 2021                                                                                                         Final
Property Address: 3527 NORTH NEENAH AVENUE  CHICAGO, IL 60634                                           Loan:

**Annual Escrow Account Disclosure Statement**
**Account History**

This is a statement of actual activity in your escrow account from Dec 2020 to Nov 2021.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Dec 01, 2021: |
|---|---|---|
| Principal & Interest Pmt: | 402.31 | 402.31 |
| Escrow Payment: | 505.96 | 514.09 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $908.27 | $916.40 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Dec 01, 2021 |
| Escrow Balance: | (1,615.44) |
| Anticipated Pmts to Escrow: | 0.00 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | ($1,615.44) |

|  | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
|  |  |  |  |  | Starting Balance | 2,243.44 | (1,303.58) |
| Dec 2020 | 505.96 | 600.47 |  | * |  | 2,749.40 | (703.11) |
| Jan 2021 | 505.96 | 505.96 |  |  |  | 3,255.36 | (197.15) |
| Jan 2021 |  | 703.11 |  | * | Escrow Only Payment | 3,255.36 | 505.96 |
| Feb 2021 | 505.96 | 505.96 |  |  |  | 3,761.32 | 1,011.92 |
| Feb 2021 |  |  |  | 2,158.68 | * County Tax | 3,761.32 | (1,146.76) |
| Mar 2021 | 505.96 | 505.96 | 2,121.88 |  | * County Tax | 2,145.40 | (640.80) |
| Apr 2021 | 505.96 | 505.96 | 2,145.40 | 2,305.71 | * Homeowners Policy | 505.96 | (2,440.55) |
| May 2021 | 505.96 | 505.96 |  |  |  | 1,011.92 | (1,934.59) |
| Jun 2021 | 505.96 | 505.96 |  |  |  | 1,517.88 | (1,428.63) |
| Jul 2021 | 505.96 | 505.96 |  |  |  | 2,023.84 | (922.67) |
| Aug 2021 | 505.96 | 505.96 | 1,804.26 |  | * County Tax | 725.54 | (416.71) |
| Sep 2021 | 505.96 | 505.96 |  |  |  | 1,231.50 | 89.25 |
| Sep 2021 |  |  |  | 1,704.69 | * County Tax | 1,231.50 | (1,615.44) |
| Oct 2021 | 505.96 |  |  |  | * | 1,737.46 | (1,615.44) |
| Nov 2021 | 505.96 |  |  |  | * | 2,243.42 | (1,615.44) |
|  | $6,071.52 | $5,857.22 | $6,071.54 | $6,169.08 |  |  |  |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Page 1

Last year, we anticipated that payments from your account would be made during this period equaling 6,071.54. Under Federal law, your lowest monthly balance should not have exceeded 9,011.92 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Analysis Date: October 04, 2021                                                                                              Final
Borrower: LEONARD J GUZIEC                                                                                          Loan:

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
| | | | Starting Balance | (1,615.44) | 2,408.03 |
| Dec 2021 | 514.09 | | | (1,101.35) | 2,922.12 |
| Jan 2022 | 514.09 | | | (587.26) | 3,436.21 |
| Feb 2022 | 514.09 | | | (73.17) | 3,950.30 |
| Mar 2022 | 514.09 | 2,158.68 | County Tax | (1,717.76) | 2,305.71 |
| Apr 2022 | 514.09 | 2,305.71 | Homeowners Policy | (3,509.38) | 514.09 |
| May 2022 | 514.09 | | | (2,995.29) | 1,028.18 |
| Jun 2022 | 514.09 | | | (2,481.20) | 1,542.27 |
| Jul 2022 | 514.09 | | | (1,967.11) | 2,056.36 |
| Aug 2022 | 514.09 | 1,704.69 | County Tax | (3,157.71) | 865.76 |
| Sep 2022 | 514.09 | | | (2,643.62) | 1,379.85 |
| Oct 2022 | 514.09 | | | (2,129.53) | 1,893.94 |
| Nov 2022 | 514.09 | | | (1,615.44) | 2,408.03 |
| | $6,169.08 | $6,169.08 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of 514.09. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 1,028.18 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is (1,615.44). Your starting balance (escrow balance required) according to this analysis should be $2,408.03. This means you have a shortage of 4,023.47. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to do nothing.

We anticipate the total of your coming year bills to be 6,169.08. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| **New Escrow Payment Calculation** | |
|---|---:|
| Unadjusted Escrow Payment | 514.09 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $514.09 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated.  Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

## CERTIFICATE OF SERVICE

On October 29, 2021, I served the foregoing documents described as Notice of Mortgage Payment Change on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR(S)
Robert Skowronski　　　　　　　　rbskowronski@gmail.com

TRUSTEE
Marilyn O Marshall　　　　　　　　courtdocs@chi13.com

US TRUSTEE
Patrick S Layng　　　　　　　　　　USTPRegion11.ES.ECF@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Brandy Carroll
Brandy Carroll

On October 29, 2021, I served the foregoing documents described as Notice of Mortgage Payment Change on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

| Debtor(s)<br>Leonard Guziec<br>3527 N Neenah<br>Chicago, IL 60634 | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Brandy Carroll
Brandy Carroll